### (September 17, 1970)

■ MORTON KIDANSKY et al., Respondents, v. WINFIELD H. SCHWEICKART et al., Individually and as General Partners of and Persons Doing Business Under the Name of SCHWEICKART & Co., et al., Appellants. SCHWEICKART & Co., Defendant and Third-Party Plaintiff, v. ELDREDGE & Co., INC., Third-Party Defendant.—

Concur — Capozzoli, J. P., Markewich, Nunez and Steuer, JJ.